Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT W. NETTLES, III,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>        Defendant. | C10-0086-JCC<br><br>**ORDER** |

This matter comes before the Court on the report and recommendation of Magistrate Judge Brian A. Tsuchida (Dkt. No. 25), to which neither party has filed an objection. Having reviewed the report and recommendation and the relevant record, the Court hereby ADOPTS the report and recommendation.

The Court therefore REVERSES the final decision of the Commissioner, and REMANDS this matter to the Social Security Administration for further proceedings consistent with the report and recommendation.

The Clerk shall send copies of this order to the parties and to Magistrate Judge Brian A. Tsuchida.

SO ORDERED this 20th day of September, 2010.

JOHN C. COUGHENOUR
United States District Judge

ORDER, C10-0086-JCC
Page 1